No. 86–5890. ANDERSON v. BLACKBURN, WARDEN, ET AL. C. A. 5th Cir. Certiorari denied.

No. 86–5891. DOYLE v. TEXAS. Ct. Crim. App. Tex. Certiorari denied.

No. 86–5892. MARTIN v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 86–5894. SHERRICK v. OKLAHOMA. Ct. Crim. App. Okla. Certiorari denied.

No. 86–5897. STEVENS v. IOWA. Sup. Ct. Iowa. Certiorari denied.

No. 86–5899. MCCLELLAN v. KENTUCKY. Sup. Ct. Ky. Certiorari denied.

No. 86–5903. MAISON v. HOUSEWRIGHT, DIRECTOR, NEVADA DEPARTMENT OF CORRECTIONS. C. A. 9th Cir. Certiorari denied.

No. 86–5907. BROWN EL v. ARMONTROUT, WARDEN. Sup. Ct. Mo. Certiorari denied.

No. 86–5910. TURNER v. BAIR ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5912. TERRY v. ARIZONA. Ct. App. Ariz. Certiorari denied.

No. 86–5913. SUN v. BUSH ET AL. Ct. App. Ga. Certiorari denied.

No. 86–5929. BELL v. PENNSYLVANIA. Sup. Ct. Pa. Certiorari denied.

No. 86–5933. FALU-RIVERA v. SECRETARY OF HEALTH AND HUMAN SERVICES. C. A. 1st Cir. Certiorari denied.

No. 86–5935. DURR v. NEW JERSEY. Sup. Ct. N. J. Certiorari denied.

No. 86–5938. RODRIGUEZ v. RICKETTS, DIRECTOR, ARIZONA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 9th Cir. Certiorari denied.